# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

In the Matter of the Care and Treatment of Thomas Griffin, Petitioner.

Appellate Case No. 2021-001228

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Horry County
D. Craig Brown, Circuit Court Judge

---

Opinion No. 28200
Heard April 16, 2024 – Filed May 1, 2024

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Appellate Defender Joanna Katherine Delany, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:**   We granted a writ of certiorari to review the court of appeals' decision in *In re Care & Treatment of Griffin*, 434 S.C. 338, 863 S.E.2d 346 (Ct. App. 2021).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES, JJ., and Acting Justice Jerry D. Vinson, Jr., concur.**